# ALABAMA COURT OF CRIMINAL APPEALS



September 6, 2024

**CR-2023-0316**
Eric Jerome Leonard v. State of Alabama (Appeal from Russell Circuit Court: CC-96-243.63)

## NOTICE

You are hereby notified that on September 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk